■ In the Matter of GLORIA THOMAS, Respondent, v CESAR A. PERALES, as Social Services Commissioner of the State of

New York, et al., Appellants. [609 NYS2d 786] —Order, Supreme Court, New York County (Edith Miller, J.), entered August 14, 1992, granting, upon reargument, petitioner's application for attorney's fees in the amount of $1,250 as against the State respondent, and denying the respondents' cross-motion to vacate their default and dismiss the petition, unanimously affirmed, without costs.

While the State respondent may have had a reasonable excuse for defaulting on the motion, its actions evidenced an intent not to have the controversy decided on the merits since it did not seek relief from the default *until* petitioner sought attorney's fees on reargument. *(See, Matter of Glenbriar Co. v New York City Conciliation & Appeals Bd.,* 93 AD2d 510, 513.) The imposition of attorney's fees was proper where petitioner challenged the State respondent's determination which only granted her a new appointment to reapply for food stamps although she contested the initial denial as improper (CPLR 8601). Concur—Sullivan, J. P., Wallach, Ross, Asch and Tom, JJ.